

D. Conn. Cindy
03-CV-0205

FILED

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

MAR 10   1 33 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the third day of October two thousand three,

Present:
    Hon. Richard J. Cardamone,
    Hon. Roger J. Miner,
    Hon. Guido Calabresi,
                    *Circuit Judges*.



Anthony F. Pearce,
        Petitioner-Appellant,

v.                                    03-2189

John Ashcroft, Attorney General,
U.S. Department of Justice, et al.,
        Respondents-Appellees.

    This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978) (a final order "ends the litigation on the merits and leaves nothing for the court to do but execute the final judgment"); *Michael v. INS*, 48 F.3d 657, 661 (2d Cir. 1995) (a district court's transfer order is not an immediately appealable final order). Therefore, it is ORDERED that the appeal is DISMISSED and the motion for *in forma pauperis* status is denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: _/s/ Lucille Carr_

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

ISSUED AS MANDATE: MAR 2 2004